IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IMPLUS FOOTCARE, LLC, | ) | |
|---|---|---|
| | ) | Civil Action No. 5:15-cv-553-D |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| SPORTINGDOC, LLC, d/b/a | ) | |
| FLADORA | ) | |
| | ) | |
| Defendant. | ) | |

## Default Judgment

It appearing that Defendant SportingDoc, d/b/a Fladora is in Default for failure to appear, plead, or otherwise defend as required by law; and that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

Default is hereby ORDERED as against said defendant on this __27__ day of __July__, 2016, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

It is further ORDERED that Defendant is permanently enjoined from selling or offering for sale the "Fladora Deep Tissue Massage Roller."

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE